1  CLEMENTE M. JIMÉNEZ, ESQ.
2  California State Bar Number 207136
3  431 I Street, Suite 102
   Sacramento, CA 95814
4  (916) 443-8055

5  Attorney for Kyle Schmidt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>KYLE SCHMIDT, et al.,<br><br>    Defendants. | CR. No.: 12-198 MCE<br><br>DEFENDANT KYLE SCHMIDT'S WAIVER OF PERSONAL APPEARANCE |

   Defendant, Kyle Schmidt, hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing, or jury trial, and he agrees to be personally present in court when so ordered by the court.

   Defendant Schmidt hereby requests the Court to proceed during any absence of the defendant that the Court may permit pursuant to this waiver.  Defendant agrees that his interests will be deemed represented at all times by the presence of his attorney or designee, the same as if defendant were personally present.  Defendant further agrees to be present in court ready for trial on any date set by the court in defendant's absence.

///
///
///

- 1 -

04/23/15

1    Defendant Schmidt further acknowledges that he has been informed of his rights
2 under Title 18 U.S.C. 3161-3174 of the Speedy Trial Act and authorizes his counsel to set
3 times and delays under the Act without her being present.

DATED: April 20, 2015            I consent to the above waiver of personal appearance.

/s/ Kyle Schmidt_____
KYLE SCHMIDT

DATED: April 20, 2015            I agree to the above waiver of personal appearance.

/s/ Clemente M. Jiménez_____
CLEMENTE M. JIMÉNEZ

**ORDER**

IT IS SO ORDERED.

Dated: April 23, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 2 -

04/23/15