CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for KYLE SCHMIDT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>KYLE SCHMIDT, et al.<br><br>    Defendants. | Case No.: 12-198 MCE<br><br>MOTION FOR MODIFICATION OF CONDITION OF RELEASE TO ALLOW TRAVEL TO ARIZONA |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Roger Yang, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for Kyle Schmidt that, having informed Pretrial Services of a family emergency requiring out-of-district travel, Mr. Schmidt be allowed to travel to Arizona on January 19, 2016, to return on or before January 22, 2016.

   Defense counsel has discussed the one-time travel request with Pretrial Services Officer Steven Sheehan, who is not opposed.

   On January 19, 2016, Mr. Schmidt was informed that his grandfather was on his deathbed and was expected to pass away within twenty-four hours. Mr. Schmidt would like to be by his family's side during this time. Mr. Schmidt communicated his situation to Pretrial Services.

01/19/16

DATED:    January 19, 2016         /S/    Roger Yang_____
BENJAMIN B. WAGNER
by ROGER YANG
Attorney for Plaintiff


/S/    Clemente M. Jiménez_____
CLEMENTE M. JIMÉNEZ
Attorney for Kyle Schmidt

**ORDER**

IT IS SO ORDERED, that the defendant's pre-trial release condition be modified to allow travel to Arizona on January 19, 2016, and to return on or before January 22, 2016.

January 19, 2016.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

01/19/16