PHILLIP A. TALBERT
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-198 MCE |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| KYLE SCHMIDT, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the government's three-page sentencing memo requesting departure pursuant to § 5K1.1 pertaining to defendant Kyle Schmidt, and Government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the Government's request, sealing the Government's motion pursuant to U.S.S.G 5k1.1 serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the

/ / /

/ / /

Government would be harmed.  In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the Government's motion pursuant to U.S.S.G 5k1.1 that would adequately protect the compelling interests identified by the Government.

IT IS SO ORDERED.

Dated: July 15, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE